UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br>Plaintiff,<br>v.<br>JUAN CHAVEZ, et al.,<br>Defendants. | No. 2:26-cv-00611-TLN-SCR<br><br>**ORDER** |

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2026, the Court denied Plaintiff's motion to proceed in forma pauperis (ECF No. 2) pursuant to the three-strikes provision at 28 U.S.C. § 1915(g). (ECF No. 11.) The Court further ordered Plaintiff to pay the filing fee of $405 to initiate a lawsuit with the Clerk of Court and warned that a failure to submit payment on time will result in dismissal of this action. (*Id.*) More than 30 days have passed, and Plaintiff has not paid the required filing fee.

Accordingly, IT IS HEREBY ORDERED:

1. The action is DISMISSED without prejudice for failure to pay the filing fee and failure to comply with a court order (ECF No. 11); and

2. Plaintiff's motion for transfer out of the California prison system (ECF No. 10) is

DENIED as moot.

IT IS SO ORDERED.

DATE: October 2, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE